UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEROME L. GRIMES,

    Plaintiff,

v.                                      Case No: 6:16-cv-377-Orl-40DAB

ACE WRECKER SERVICE,

    Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) filed on March 4, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 21, 2016 (Doc. 3), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3. The Complaint is **DISMISSED WITH PREJUDICE**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 8, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties